IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR. NO.: 8:19-cr-00181-DCC |
| ) | |
| vs. ) | |
| ) | |
| DETRIC LEE MCGOWAN, ) | |
|   a/k/a "Fat" ) | |
| DONALD NATHANIEL THOMAS, JR., ) | |
|   a/k/a "TJ" ) | |
| JAMAL DEMARCUS LATIMER, ) | |
| CHRISTOPHER JEROME CUNNINGHAM, ) | |
| RICHARD LAMOND LONGSHORE, ) | |
|   a/k/a "Bam" ) | |
| CELEST HENRY BLOCKER, ) | |
| EDDIE LEE CHILDS, JR., ) | |
|   a/k/a "Speedy" ) | |
| TREVOR MAURICE HULL, ) | |
| DANNY MORALES LOPEZ, ) | |
| SHEQUITA LATOYA HOLLOWAY, ) | |
| LAUREN BROOKE POORE ) | |

**GOVERNMENT'S BILL OF PARTICULARS
FOR FORFEITURE OF PROPERTY**

The United States provides the following Bill of Particulars regarding property alleged in the Indictment ("Indictment"), filed February 19, 2019, as being subject to forfeiture to the United States.

NOTICE IS HEREBY GIVEN that upon conviction of any of the above-Defendants for one or more felony violations of Title 18 and Title 21 United States Code, as charged in the Indictment, the United States intends to seek the forfeiture of any and all property, real or personal, constituting or derived from proceeds the Defendants obtained directly or indirectly as a result of such violations, pursuant to 18 U.S.C. § 924(d), 21 U.S.C. §§ 853 and 881, 31 U.S.C. §§ 5317(c)(1), 5332(b)(2), and 28 U.S.C. 2461(c), or equivalent substitute assets pursuant to 21 U.S.C. § 853(p). Such property includes, but is not limited to the following:

A. CASH/CURRENCY:

    1. $587,639.00 in United States Currency
Seized from Detric Lee McGowan and Lauren Poore
Asset ID: 19-DEA-649763

    2. $2,766.00 in United States Currency
Seized from Detric Lee McGowan
Asset ID: 19-DEA-649771

    3. $57,687.00 in United States Currency
Seized from Richard Longshore and Dekeela Longshore
Asset ID: 19-DEA-649792

    4. $47,365.00 in United States Currency
Seized from Donald Holloway and Shequita Holloway
Asset ID: 19-DEA-649888

B. VEHICLES:

    1. 2017 Audi A7
VIN: WAU22AFC4HN090288
Seized from Shequita Holloway
Asset ID: 19-DEA-649897

    2. 2016 Toyota Tundra
VIN: 5TFDY5F14GX518234
Seized from Shequita Holloway
Asset ID: 19-DEA-649902

    3. 2016 Toyota Camry
VIN: 4T1BF1FKXGU150993
Seized from Lauren Poore
Asset ID: 19-DEA-649913

    4. 2016 Nissan Maxima
VIN: 1N4AA6AP4GC433402
Seized from Detric McGowan
Asset ID: 19-DEA-649914

C. JEWELRY:

    1. (1) 18 karat yellow gold and stainless steel Rolex watch
Seized from Detric McGowan
Asset ID: 19-DEA-649852

    2.    (1) stainless steel Rolex watch
Seized from Detric McGowan
Asset ID: 19-DEA-649852

Respectfully submitted,

SHERRI A. LYDON
UNITED STATES ATTORNEY

By:  *s/Carrie Fisher Sherard*
Carrie Fisher Sherard #10134
Assistant United States Attorney
55 Beattie Place, Suite 700
Greenville, SC 29601
(864) 282-2100

March 15, 2019