IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO.: 8:19-cr-00181-DCC |
| | ) | |
| vs. | ) | |
| | ) | |
| DETRIC LEE MCGOWAN, | ) | |
|   a/k/a "Fat" | ) | |
| DONALD NATHANIEL THOMAS, JR., | ) | |
|   a/k/a "TJ" | ) | |
| JAMAL DEMARCUS LATIMER, | ) | |
| CHRISTOPHER JEROME CUNNINGHAM, | ) | |
| RICHARD LAMOND LONGSHORE, | ) | |
|   a/k/a "Bam" | ) | |
| CELEST HENRY BLOCKER, | ) | |
| EDDIE LEE CHILDS, JR., | ) | |
|   a/k/a "Speedy" | ) | |
| TREVOR MAURICE HULL, | ) | |
| DANNY MORALES LOPEZ, | ) | |
| SHEQUITA LATOYA HOLLOWAY, | ) | |
| LAUREN BROOKE POORE | ) | |

**GOVERNMENT'S BILL OF PARTICULARS
FOR FORFEITURE OF PROPERTY**

The United States provides the following Bill of Particulars regarding property alleged in the Indictment ("Indictment"), filed February 19, 2019, as being subject to forfeiture to the United States.

NOTICE IS HEREBY GIVEN that upon conviction of any of the above-Defendants for one or more felony violations of Title 18 and Title 21 United States Code, as charged in the Indictment, the United States intends to seek the forfeiture of any and all property, real or personal, constituting or derived from proceeds the Defendants obtained directly or indirectly as a result of such violations, pursuant to 18 U.S.C. § 924(d), 21 U.S.C. §§ 853 and 881, 31 U.S.C. §§ 5317(c)(1), 5332(b)(2), and 28 U.S.C. 2461(c), or equivalent substitute assets pursuant to 21 U.S.C. § 853(p). Such property includes, but is not limited to the following:

<u>VEHICLE</u>:

1. 2019 EZ-Go Express L6 Golf Cart
   VIN: 3379020
   Seized from Detric McGowan and Lauren Poore
   Asset ID: 19-DEA-649854

                                          Respectfully submitted,

                                          SHERRI A. LYDON
                                          UNITED STATES ATTORNEY

                                          By:  *s/Carrie Fisher Sherard*
                                          Carrie Fisher Sherard #10134
                                          Assistant United States Attorney
                                          55 Beattie Place, Suite 700
                                          Greenville, SC 29601
                                          (864) 282-2100

March 19, 2019