IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR. NO.: 8:19-cr-00181-DCC |
| ) | |
| vs. ) | |
| ) | |
| DETRIC LEE MCGOWAN, ) | |
|   a/k/a "Fat" ) | |
| DONALD NATHANIEL THOMAS, JR., ) | |
|   a/k/a "TJ" ) | |
| JAMAL DEMARCUS LATIMER, ) | |
| CHRISTOPHER JEROME CUNNINGHAM, ) | |
| RICHARD LAMOND LONGSHORE, ) | |
|   a/k/a "Bam" ) | |
| CELEST HENRY BLOCKER, ) | |
| EDDIE LEE CHILDS, JR., ) | |
|   a/k/a "Speedy" ) | |
| TREVOR MAURICE HULL, ) | |
| DANNY MORALES LOPEZ, ) | |
| SHEQUITA LATOYA HOLLOWAY, ) | |
| LAUREN BROOKE POORE ) | |

**GOVERNMENT'S BILL OF PARTICULARS
FOR FORFEITURE OF PROPERTY**

The United States provides the following Bill of Particulars regarding property alleged in the Indictment ("Indictment"), filed February 19, 2019, as being subject to forfeiture to the United States.

NOTICE IS HEREBY GIVEN that upon conviction of any of the above-Defendants for one or more felony violations of Title 18 and Title 21 United States Code, as charged in the Indictment, the United States intends to seek the forfeiture of any and all property, real or personal, constituting or derived from proceeds the Defendants obtained directly or indirectly as a result of such violations, pursuant to 18 U.S.C. § 924(d), 21 U.S.C. §§ 853 and 881, 31 U.S.C. §§ 5317(c)(1), 5332(b)(2), and 28 U.S.C. 2461(c), or equivalent substitute assets pursuant to 21 U.S.C. § 853(p). Such property includes, but is not limited to the following:

<u>UNITED STATES CURRENCY</u>:

1.    $13,000.00 in United States currency
   Seized from: Jamal Latimer
   Asset ID: 19-DEA-650159

                    Respectfully submitted,

                    SHERRI A. LYDON
                    UNITED STATES ATTORNEY

                    By:  *s/Carrie Fisher Sherard*
                    Carrie Fisher Sherard #10134
                    Assistant United States Attorney
                    55 Beattie Place, Suite 700
                    Greenville, SC 29601
                    (864) 282-2100

March 20, 2019