IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 8:19-00181 |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| DETRIC LEE MCGOWAN, a/k/a, "Fat" | ) | |
| DONALD NATHANIEL THOMAS, JR., | ) | |
|     a/k/a, "TJ" | ) | |
| JAMAL DEMARCUS LATIMER | ) | |
| CHRISTOPHER JEROME | ) | |
| CUNNINGHAM | ) | |
| RICHARD LAMOND LONGSHORE, | ) | |
|     a/k/a, "Bam" | ) | |
| CELEST HENRY BLOCKER | ) | |
| EDDIE LEE CHILDS, JR., a/k/a, "Speedy" | ) | |
| TREVOR MAURICE HULL | ) | |
| DANNY MORALES LOPEZ | ) | |
| SHEQUITA LATOYA HOLLOWAY | ) | |
| LAUREN BROOKE POORE | ) | |

## **GOVERNMENT'S MOTION TO UNSEAL SEARCH WARRANT APPLICATIONS AND AFFIDAVITS**

COMES NOW the United States of America, by and through its United States Attorney for the District of South Carolina, Sherri A. Lydon, and Assistant United States Attorney, Leesa Washington, and moves this Honorable Court to unseal and allow the disclosure of the applications and affidavits filed in support of requested search warrants in the above matter pursuant to Rule 16 of the Federal Rules of Criminal Procedure and in support therefore, would show the Court the following:

On February 19, 2019, a federal grand jury sitting in the District of South Carolina returned an Indictment in Case Number 8:19-cr-00181-DCC, charging the eleven (11) defendants named herein with violations of federal law.

Between November 15, 2018 and February 22, 2019, the court authorized the search of property relevant to the investigation under the following Miscellaneous Case Numbers: 6:18-701-JDA; 8:18-1033-JDA; 8:18-1034-JDA; 8:18-1035-JDA; 6:19-203-JDA; and 6:19-00092-JDA.   The Court ordered the applications and affidavits of the search warrants referenced above sealed.   All defendants charged in the Indictment have been arrested.

Copies of the above applications and affidavits should be made available to the attorneys for the defendants so that they may expeditiously prepare for to defend their clients and prepare for trial pursuant to Rule 16 of the Federal Rules of Criminal Procedure.[1]

Wherefore, in the interest of justice, the United States respectfully requests this Court order the applications and affidavits be unsealed and disclosed in order to allow the due administration of justice.

Respectfully submitted,

SHERRI A. LYDON
UNITED STATES ATTORNEY

By: *s/Leesa Washington*
Leesa Washington (I.D. No. 06973)
Assistant United States Attorney
55 Beattie Place, Suite 700
Greenville, South Carolina 29601
Telephone: (864) 282-2100
Email: Leesa.Washington@usdoj.gov

April 11, 2019

---

[1] See Standing Order Governing Discovery at ECF No. 38.