IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 8:19-181-DCC-8 |
| | ) | |
| -vs- | ) | WAIVER OF APPEARANCE |
| | ) | |
| TREVOR MAURICE HULL | ) | |

The undersigned defendant, Trevor Maurice Hull, hereby waives appearance at the arraignment scheduled before United States Magistrate Judge Jacquelyn D. Austin, on May 30, 2019, at 10:00 a.m. Counsel for Mr. Hull states that he has reviewed the superseding indictment with the defendant and explained the indictment. Mr. Hull fully understands the superseding indictment, continues to enter his plea of not guilty and requests that his presence at the arraignment be waived. Counsel for Mr. Hull requests that the defendant be excused from the scheduled arraignment.

By:     *s/James B. Loggins*
James B. Loggins
Assistant Federal Public Defender
75 Beattie Place, Suite 950
Greenville, South Carolina 29601
(864) 235-8714

Greenville, South Carolina

May 28, 2019