IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

GREENWOOD/ANDERSON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 8:19-181 |
| | ) | |
| -vs- | ) | MOTION TO MODIFY BOND |
| | ) | |
| TREVOR MAURICE HULL | ) | |

  Now comes the defendant, Trevor M. Hull, through his attorney, and respectfully moves this Court to modify the conditions of his bond to temporarily remove electric monitor and home confinement as bond conditions on August 4, 2019.

  Defendant was arraigned on February 26, 2019. Defendant was placed on a $50,000.00 secure bond with conditions. Mr. Hull has been in compliance with all bond conditions. He requests that the court modify the conditions of his bond to temporarily remove the electric monitor and home confinement. Mr. Hull's wife is graduating from college on August 4, 2019, in Columbia, South Carolina. Mr. Hull requests that he be allowed to attend the graduation and asks that he be temporarily released from the conditions of home detention and GPS monitoring for the period between 6:00 a.m. to 11 p.m. on August 4, 2019.

U.S. Probation has no objection to the Defendant attending the graduation. The Government would be opposed to a permanent change in the Defendant's bond conditions, however, will follow the recommendation of probation.

                          Respectfully submitted,

                          *s/James B. Loggins*
                          James Barlow Loggins, Assistant
                          Federal Public Defender
                          75 Beattie Place, Suite 950
                          Greenville, South Carolina 29601
                          (864) 235-8714

July 22, 2019

Greenville, South Carolina