IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

GREENWOOD/ANDERSON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 8:19-181 |
| | ) | |
| -vs- | ) | NOTICE OF ALIBI WITNESS |
| | ) | |
| TREVOR MAURICE HULL | ) | |

      Now comes the defendant, Trevor M. Hull, through his attorney, and respectfully informs the government that he intends to call the following individual as an alibi witness for the date of January 28, 2019, during the trial of the case currently scheduled for March 16, 2020.

      Carol Harley
      Harley Funeral Home
      1205 Main Street, Greenwood, South Carolina 29646
      864.229.3300

      Respectfully submitted,

      *s/James B. Loggins*
      James Barlow Loggins,
      Assistant Federal Public Defender
      75 Beattie Place, Suite 950
      Greenville, South Carolina 29601
      (864) 235-8714

January 13, 2020

Greenville, South Carolina