# UNITED STATES DISTRICT COURT

# DISTRICT OF SOUTH CAROLINA

# ANDERSON/GREENWOOD DIVISION

UNITED STATES OF AMERICA

vs.                                                              CASE NO. 8:19CR181-DCC-8

TREVOR MAURICE HULL

## PLEA

The Defendant, TREVOR MAURICE HULL, acknowledges receipt of a copy of the SUPERSEDING INDICTMENT and pleads GUILTY in open court to count(s) 21s.

*Trevor Hull*
(Signed)    Defendant

Spartanburg, South Carolina
January 27, 2020