IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 8:19-cr-00181-DCC |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| TREVOR MAURICE HULL | ) | |

**Count 21:**

**<u>ESSENTIAL ELEMENTS OF 21 U.S.C. SECTION 843(b) and 18 U.S.C. SECTION 2</u>**
**(Use of a Communications Facility to Facilitate a Drug Felony)**

    A. The defendant knowingly and intentionally used a communication facility on or about the dates alleged in the indictment;

    B. the defendant used the communication facility with the intent to commit or facilitate the commission of a felony drug offense and;

    C. the defendant aided and abetted another in the commission of the offense.

<u>PENALTY</u>:
Maximum: 4 years
Fine: $250,000
Supervised release: 1 year
Special Assessment: $100.00