IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 8:19-CR-00181-BHH |
| | ) | |
| v. | ) | |
| | ) | |
| DETRIC LEE MCGOWAN et al | ) | NOTICE OF APPEARANCE |

Assistant United States Attorney, Brandon B. Hinton, hereby files this Notice of

Appearance in the above-captioned case.

A. LANCE CRICK
ACTING UNITED STATES ATTORNEY


By:   *s/Brandon B. Hinton*
      Brandon B. Hinton  (#13186)
      Assistant U. S. Attorney
      55 Beattie Place, Suite 700
      Greenville, SC 29601
      Email Address:  Brandon.Hinton@usdoj.gov


March 2, 2020