IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 8:19-181 |
| | ) | |
| -vs- | ) | MOTION TO MODIFY BOND |
| | ) | |
| TREVOR MAURICE HULL | ) | |

Now comes the defendant, Trevor Maurice Hull, through his attorney, and respectfully moves this Court to modify the conditions of his bond to remove GPS and home confinement as bond conditions.

Defendant was arraigned on February 26, 2019. Defendant was placed on a $50,000.00 surety bond with GPS and home confinement. Defendant has been in compliance with all bond conditions. Defendant requests that the court modify the conditions of his bond to remove the GPS and home confinement.

It is the position of his probation agent and the government that his bond be modified.

Respectfully submitted,

*s/James B. Loggins*
James Barlow Loggins, Assistant
Federal Public Defender
75 Beattie Place, Suite 950
Greenville, South Carolina 29601
(864) 235-8714

April 20, 2020
Greenville, South Carolina